# Exhibit D

| | | | | | |
|---|---|---|---|---|---|
| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | | 1. CONTRACT ID CODE<br>J | PAGE<br>1 | OF PAGES<br>2 |
| 2. AMENDMENT/MODIFICATION NO.<br>0017 | 3. EFFECTIVE DATE<br>24-Jun-2025 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO.(If applicable) | |
| 6. ISSUED BY  CODE  N40080<br>COMNAVFACSYSCOM WASHINGTON<br>1314 HARWOOD ST<br>WASHINGTON DC 20374 | | | 7. ADMINISTERED BY (If other than item 6)  CODE<br>See Item 6 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | |
|---|---|---|
| | X | 9A. AMENDMENT OF SOLICITATION NO.<br>N4008025R9500 |
| | X | 9B. DATED (SEE ITEM 11)<br>13-Mar-2025 |
| | | 10A. MOD. OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |
| CODE  FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer  [X] is extended,  [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER (Specify type of modification and authority)

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

N40080-25-R-9500- Design-Build (DB)/Design-Bid-Build (DBB) Indefinite-Delivery/Indefinite-Quantity (IDIQ) Multiple Award Construction Contract (MACC) for Large Scale U.S. Military Projects, Locations in Washington D.C., Maryland, and Virginia

PLEASE SEE ADDITIONAL DOCUMENT TITLED AMENDMENT 0017 SF 30 CONTINUATION PAGE FOR PRICE PROPOSAL EXTENSION AND RELATED CHANGES

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| | TEL:  EMAIL: | |
| 15B. CONTRACTOR/OFFEROR  15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY | 16C. DATE SIGNED<br>24-Jun-2025 |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) | |

EXCEPTION TO SF 30  
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

SECTION SF 30 BLOCK 14 CONTINUATION PAGE

**SUMMARY OF CHANGES**

(End of Summary of Changes)

The purpose of this amendment is to:

1. Extend the **price** proposal due date to 31 July 2025 NLT 1400 local time

    Non-Price Proposal due date remains unchanged at 16 July 2025 NLT 1400 local time

2. Revise the submittal structure for Price and Non-Price Proposals
3. Provide PPI responses

---

1. The **price** proposal due date for N4008025R9500 is hereby extended from 16 July 2025 to 31 July 2025 NLT 1400 Local Time.

   **Non-price proposals** remain due on 16 July 2025 NLT 1400 Local Time.

   <u>Offerors must submit both a price and non-price proposal in order to be eligible for award.</u>

2. Section 00 21 00 - Instructions

   INSTRUCTIONS TO PROPOSERS

   5.2 PROPOSAL SUBMISSION INSTRUCTIONS

   5.2.1 In response to this request for proposal, Offerors shall submit a separate Price Proposal and Non-Cost/Price Factors Proposal, submitted in accordance with the Basis of Evaluation and Submittal Requirements for Each Factor and as follows:

   **Non-Price Proposal:** Offerors shall submit a non-price proposal in PIEE by the established due date and time. Offerors who have previously submitted a non-price proposal need not re-submit unless there are revisions. Offerors who wish to use a previously submitted non-price proposal do not need to submit again in PIEE. If an offeror intends to revise their non-price proposal, the Offeror must re-submit the non-price proposal IN WHOLE. The Government will not accept partially revised proposals. The Government intends to evaluate non-price proposals previously received unless an Offeror indicates their withdrawal by 16 July 2025.

   **Price Proposal:** Price proposals shall be submitted in PIEE in accordance with the requirements established in Amendment 0016 and this amendment (including ATT H Price Proposal From (REV 05132025) and a fully executed PLA)

3. PPI Responses:

| Reference | | | Inquiry | Government Response |
|---|---|---|---|---|
| Page | Section | Para | | |

| | | | | | |
|---|---|---|---|---|---|
| 692 | | Amendment 0016 | | The addition of a PLA requirement substantially impacts our interest in this procurement and the location of the seed project makes a PLA even more challenging. As previously discussed, the terms of the PLA previously proposed for this market limits competition at the subcontract level which we believe is a violation of the Competition in Contracting Act. We will be unable to submit a revised proposal with a PLA by the requested date and would recommend that NAVFAC perform market research for the PLA requirement first. | PLA requirement remains, Bid per RFP. |
| 693 | | Amendment 0016 | | Please confirm that executing a PLA with one trade organization is sufficient to meet the PLA requirement for this solicitation as per FAR 52.222-33(b)(1), and 52.222-34 Alt II (b)(1). | PLAs should conform to FAR 22.504, EO 14063, and related orders. |
| 694 | | Amendment 0016 | | Please confirm that the only parties that would need to use unionized labor for this project are the relevant subcontractors/vendors that would solicit labor through the organization that is signatory to the PLA. | PLAs should conform to FAR 22.504, EO 14063, and related orders. |
| 695 | | Amendment 0016 | | Please confirm that market research has been done in the geographic area of the seed project to confirm the economic and physical feasibility of the PLA requirement. | Confirmed, Bid per RFP. |
| 696 | | Amendment 0016 | | We are requesting additional time to negotiate a PLA with | See Amendment 0017. |

| | | | | the labor unions as well as solicit new pricing from the subcontractor market. The four (4) weeks provided in the last amendment is not adequate enough and we are requesting an additional four (4) weeks to negotiate a PLA and resolicit pricing for this project. | |