# In the United States Court of Federal Claims

Nos. 25-1034, 25-1035, 25-1101
(Filed: 2 July 2025)

```
*****************************************
                                         *
CIANBRO CONSTRUCTORS, LLC,               *
                                         *
                   Plaintiff,            *
                                         *
EVCON-CWC JV, LLC,                       *
                                         *
                   Plaintiff,            *   Nos. 25-1034, 25-1035, 25-1101
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                   Defendant.            *
                                         *
*****************************************
```

## **ORDER**

On 30 June 2025, plaintiff EVCON-CWC JV, LLC ("EVCON") filed this pre-award bid protest challenging the Naval Facilities Engineering Systems Command's ("NAVFAC") inclusion of a Project Labor Agreement requirement as part of the Solicitation. *See* Compl., ECF No. 1. Plaintiff argues NAVFAC "committed reversible procurement error by issuing the Solicitation and Amendment[s] . . . that together mandate that otherwise responsible offerors enter into a Project Labor Agreement." *Id.* at 1. At the same time, plaintiff filed a notice of directly related case, stating this case is directly related to *Cianbro Constructors, LLC v. United States*, No. 25-1034, because the cases all involve claims that the government "tainted the procurement process when it arbitrarily, capriciously, and unlawfully incorporated Project Labor Agreement . . . Requirements in each case's respective solicitation." *See* Notice of Directly Related Case at 2, ECF No. 2. Counsel for plaintiff EVCON is also the same counsel of record as plaintiff Cianbro Constructors, LLC. *See* Compl.

The Court previously consolidated case Nos. 24-1034 and 25-1035, with *Cianbro Constructors, LLC v. United States*, No. 25-1034, serving as the lead case. 27 June 2025 Order, *Cianbro Constructors, LLC*, No. 25-1034, ECF No. 9. The Court consolidated the cases because, despite being different Solicitations, the cases involved a common question of law. *Id.* On 1 July 2025, the parties confirmed with the Court they were in agreement this case should be consolidated with *Cianbro Constructors, LLC*, No. 25-1034. The same day, plaintiff filed a joint motion to consolidate this case with the consolidated cases docketed at *Cianbro Constructors, LLC*, No. 25-1034. *See* Joint Mot. to Consolidate Cases, ECF No. 7.

RCFC 42(a) provides: "If actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." Here, the cases involve a common question of law. The Court therefore **CONSOLIDATES** case No. 25-1101 with lead case No. 25-1034 under RCFC 42(a)(2). Case No. 25-1034 will be the lead case; all future filings shall bear the following caption:

```
*****************************************
                                        *
CIANBRO CONSTRUCTORS, LLC,              *
                                        *
            Plaintiff,                  *
                                        *
EVCON-CWC JV, LLC,                      *
                                        *
            Plaintiff,                  *   Nos.  25-1034, 25-1035, 25-1101
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
            Defendant.                  *
                                        *
*****************************************
```

Under Appendix C of the Rules of the Court of Federal Claims, paragraph 17, "[t]he court may issue a protective order at its discretion." RCFC at App'x C ¶ 17. As the parties confirmed the same Protective Order as the one in *Cianbro Constructors, LLC*, No. 25-1034, should apply to this case, the Protective Order in case No. 25-1034 will apply to all consolidated cases, including 25-1035 and 25-1101. *See* Protective Order, *Cianbro Constructors, LLC*, No. 25-1034, ECF No. 10. The Court will therefore re-issue the Protective Order in *Cianbro Constructors, LLC*, No. 24-1034, to include a new caption including plaintiff EVCON.

As agreed by counsel for the parties by email, the Court notes EVCON will be a participant in the initial status conference scheduled in *Cianbro Constructors, LLC*, for **Thursday, 14 August 2025 at 10:30 a.m. (ET)**. *See* 27 June 2025 Order at 2, *Cianbro Constructors, LLC*, No. 25-1034, ECF No. 9. In the parties' joint status report due **on or before 11 August 2025 at 3:00 p.m. (ET)**, the parties shall include (1) a complete joint proposed schedule for proceedings in the consolidated bid protest, (2) the Agency's general timing for award for each contract at issue, and (3) the Agency's plans to stay award of the each contract at issue pending the resolution of the consolidated bid protest.

    **IT IS SO ORDERED.**

                                                s/ Ryan T. Holte
                                                RYAN T. HOLTE
                                                Judge