## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| EVCON-CWC JV, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 25-1101C |
| v. | ) (Judge Holte) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION TO CONSOLIDATE CASES

Pursuant to Rules 42(a)(2) and 42.1(a) of the Rules of the United States Court of Federal Claims (RCFC), plaintiff, EVCON-CWC JV, LLC (EVCON), and defendant, the United States, respectfully request that the Court enter an order to consolidate this case with *Brasfield & Gorrie, LLC v. United States*, No. 25-1140.

On June 30, 2025, EVCON filed a complaint in this case, protesting the terms of Solicitation No. N4008025R9500. EVCON's complaint alleges, among other things, that the Government violated the Competition in Contracting Act (CICA) when it incorporated Federal Acquisition Regulation (FAR) 52.222-33 and 52.222-34 in Solicitation No. N4008025R9500.

On July 7, 2025, Brasfield & Gorrie, LLC (B&G) filed a complaint in *Brasfield & Gorrie, LLC v. United States*, No. 25-1140, protesting the terms of Solicitation No. W912P825B0024. B&G's complaint alleges, among other things, that the Government violated CICA when it incorporated FAR 52.222-33 and 52.222-34 in Solicitation No. W912P825B0024.

Under RCFC 42(a)(2), the Court may consolidate cases when they involve a common question of law or fact. Despite involving different solicitations, this case and *B&G* involve common questions of law, namely, whether the Government violated CICA when it incorporated FAR 52.222-33 and 52.222-34 in the solicitations at issue in each respective case. Further, the

Government is close to completing the administrative record in both of these cases. Consolidating this case with *B&G* should help "secure the just, speedy, and inexpensive determination" of these actions. RCFC 1.

Accordingly, the parties respectfully request that the Court grant this joint motion to consolidate.

|  | Respectfully Submitted |
|---|---|
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
| s/ Dirk Haire<br>Dirk Haire<br>Jessica Haire<br>P. Sean Milani-nia<br>Joseph L. Cohen<br>Michael W. Rich<br>David Timm<br>Michael J. Brewer<br>**BURR & FORMAN LLP**<br>99 M St SE, Suite 425<br>Washington, DC 20003<br>Phone: (771) 232-1701<br>dhaire@burr.com | PATRICIA M. MCCARTHY<br>Director<br><br>s/ Douglas K. Mickle<br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br>s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele: (202) 616-0302<br>Fax: (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov |
| Attorneys for Plaintiffs<br><br>Dated: August 22, 2025 | Attorneys for Defendant<br><br>Dated: August 22, 2025 |