IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Nos. 25-1101, 25-1189, 25-1276, |
| v. ) | 25-1277, 25-1278, 25-1333, |
| ) | 25-1425, 25-1426, 25-1427 |
| THE UNITED STATES, ) | (Judge Holte) |
| ) | |
| Defendant. ) | |

**DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE AND STAY**

Pursuant to Rules 7(b), 42(a)(2) and 42.1(a) of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests that the Court enter an order consolidating *Trade West Construction, Inc. v. United States*, No. 25-1475, with this case. Counsel for plaintiffs in this case and counsel for plaintiffs in *Trade West* have indicated that no plaintiff opposes this motion.

On June 30, 2025, EVCON-CWC JV, LLC (EVCON) filed a complaint in *EVCON-CWC JV, LLC v. United States*, No. 25-1101, protesting the terms of Solicitation No. N4008025R9500. EVCON's complaint alleges, among other things, that the Government violated the Competition in Contracting Act (CICA) by including a project labor agreement (PLA) requirement in Solicitation No. N4008025R9500. On August 27, 2025, the Court issued an order consolidating eight other protests of PLA requirements in various solicitations with *EVCON*. The Court also stayed the consolidated *EVCON* action pending the outcome of another related case, *Brasfield & Gorrie, LLC v. United States*, No. 25-1140.

On September 4, 2025, Trade West Construction, Inc. (Trade West) filed a complaint alleging, among other things, that the Government violated CICA by including a PLA requirement in Solicitation No. W912DW25B0009.

Under RCFC 42(a)(2), the Court may consolidate cases when they involve a common question of law or fact. Despite involving different solicitations, this case and *Trade West* involve common questions of law, namely, whether the Government violated CICA when it incorporated PLA requirements in the solicitations at issue in each respective case.

Also, once *Trade West* is consolidated with this case, we respectfully request that the Court stay *Trade West* as well. During the pendency of the stay, the procuring agency, the United States Army Corps of Engineers (USACE), agrees that it will voluntarily stay bid opening under the solicitation at issue in *Trade West*, No. W912DW25B0009, until the Court resolves *Brasfield* and the parties file a joint status report addressing further proceedings in this case, or until *Trade West* is dismissed, whichever is earlier.

For these reasons, we respectfully request that the Court consolidate *Trade West* (No. 25-1475) with this case and stay *Trade West* along with the other cases consolidated in this action.

|  |  |
|---|---|
|  | Respectfully Submitted |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | <u>s/ Douglas K. Mickle</u><br>DOUGLAS K. MICKLE |
| Of Counsel: | Acting Deputy Director |
| MATTHEW D. LEWIS<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>United States Department of Justice | <u>s/ William P. Rayel</u><br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division |
| TARRAH M. BEAVIN<br>Assistant Division Counsel<br>South Atlantic Division<br>USACE | Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele: (202) 616-0302 |
| KYLE W. KROMBACH<br>Assistant Counsel<br>NAVFAC Washington | Fax: (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov |
|  | Attorneys for Defendant |
|  | Dated: September 9, 2025 |

3