# In the United States Court of Federal Claims

Nos. 25-1101, 25-1189, 25-1276, 25-1277, 25-1278, 25-1333, 25-1425, 25-1426, 25-1427, 25-1475, 25-1496, 25-1538

(Filed: 26 September 2025)

*****************************************
*
EVCON-CWC JV, LLC, *et al.*, *
*
Plaintiffs, *
*
* Nos. 25-1101, 25-1189, 25-1276,
v. * 25-1277, 25-1278, 25-1333,
* 25-1425, 25-1426, 25-1427,
* 25-1475, 25-1496, 25-1538
THE UNITED STATES, *
*
Defendant. *
*
*****************************************

## ORDER

On 30 June 2025, plaintiff EVCON-CWC JV, LLC ("EVCON") filed a pre-award bid protest against the United States, Naval Facilities Engineering Systems Command ("NAVFAC"), challenging NAVFAC's inclusion of a Project Labor Agreement requirement as part of the Solicitations. *See* Compl. ¶¶ 1–2, ECF No. 1, *EVCON-CWC JV, LLC v. United States*, No. 25-1101. EVCON filed a Notice of Directly Related Cases, explaining the case is directly related to *MVL USA, Inc. v. United States*, No. 24-1057. *See* Notice of Directly Related Case, ECF No. 2, *EVCON*. Since 30 June, numerous plaintiffs have filed similar protests challenging government agencies' inclusion of project labor agreements—all have noted direct relation to *EVCON*, *MVL*, or another protest challenging project labor agreements. *See* 27 August 2025 Order Consolidating Cases, ECF No. 12.

As of 26 August 2025, ten pending bid protest cases related to project labor agreements remain: *Brasfield & Gorrie, LLC v. United States*, No. 25-1140, *EVCON*, No. 25-1101, *Hensel Phelps Construction Co. v. United States*, Nos. 25-1189, 25-1276, 25-1277, 25-1425, 25-1426, and 25-1427, *Cox Construction Co. v. United States*, No. 25-1278, and *Flatiron Dragados Constructors, Inc. v. United States*, No. 25-1333. On 27 August 2025, the Court noted, "based on representations from counsel for the government and the United States Army Corps of Engineers," the *Brasfield & Gorrie* case "concern[ed] an urgent procurement with a strict terminus of 15 December 2025." *See* 27 August 2025 Order Consolidating Cases at 2. Accordingly, the Court set an expedited schedule and stated its intent to resolve the protest before the expiration of the voluntary stay in that case on 15 December. *See id*. After setting a briefing schedule for the urgent protest, the Court then consolidated the remaining ten protests and stayed the consolidated action pending the outcome of *Brasfield & Gorrie*. *See id*.

Since then, three new bid protests related to project labor agreements have been filed: *Trade West Construction, Inc. v. United States*, No. 25-1475, *S.E.A. Construction, LLC v. United States*, No. 25-1496, *Garney Federal – Obayashi JV v. United States*, No. 25-1538.  In all three cases and without opposition from any party, the government moved to stay and consolidate the case with *EVCON*.  On 9 September 2025, in *Trade West*, the government moved for consolidation because "[d]espite involving different solicitations, [*EVCON*] and *Trade West* involve common questions of law, namely, whether the Government violated CICA when it incorporated PLA requirements in the solicitations at issue in each respective case."  Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 2, *Trade West*, ECF No. 13.  Then, on 11 September 2025, in *S.E.A. Construction*, the government moved for consolidation because "*SEA* and *Trade West* involve challenges to the same solicitation," and "[*EVCON*] and *SEA* involve common questions of law."  Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 2, *S.E.A. Construction*, ECF No. 12.  Similarly, on 23 September 2025, in *Garney Federal*, the government moved for consolidation because "[d]espite involving different solicitations, [*EVCON*] and *Garney* involve common questions of law."  Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 2, *Garney Federal*, ECF No. 6.  In each motion, "Counsel for plaintiffs . . . indicated that no plaintiff opposes this motion."  Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 1, *Trade West*; *see also* Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 1, *S.E.A. Construction*; Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 1, *Garney Federal*.

RCFC 42(a) provides: "If actions before the court involve a common question of law or fact, the court may:  (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."  Here, the cases involve a common question of law.  The Court therefore **CONSOLIDATES** *Trade West*, No. 25-1475, *S.E.A. Construction*, No. 25-1496, and *Garney Federal*, No. 25-1538, with the already-consolidated action under lead case *EVCON*, No. 25-1101 (and member case Nos. 25-1189, 25-1276, 25-1277, 25-1278, 25-1333, 25-1425, 25-1426, and 25-1427) pursuant to RCFC 42(a)(2).  *EVCON*, No. 25-1101, will continue to be the lead case; all future filings shall bear the following caption:

```
****************************************
                                        *
EVCON-CWC JV, LLC, et al.,              *
                                        *
            Plaintiffs,                 *
                                        *   Nos.   25-1101, 25-1189, 25-1276,
v.                                      *          25-1277, 25-1278, 25-1333,
                                        *          25-1425, 25-1426, 25-1427,
THE UNITED STATES,                      *          25-1475, 25-1496, 25-1538
                                        *
            Defendant.                  *
                                        *
****************************************
```

   With the issue of consolidation resolved, the Court turns next to the parties' motion to stay the three new member cases, "until the Court resolves *Brasfield & Gorrie*[,] the parties file a joint status report addressing further proceedings in this case, or until SEA is dismissed, whichever is earlier." Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 2, *Trade West*; *see also* Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 2, *S.E.A. Construction*; Gov't's Unopposed Mot. to Consolidate Case Nos. 25-1101 at 2, *Garney Federal*. Given "no plaintiff opposes th[ese] motion[s]," *see id.*, and consistent with the discussion with the parties at the 14 August Status Conference, the Court hereby **STAYS** this consolidated action. *See McGinley v. Franklin Sports, Inc.*, 262 F.3d 1339, 1357 (Fed. Cir. 2001) ("Trial courts are given broad latitude in managing and scheduling cases."). As ordered in the Court's 26 August 2025 Order Consolidating Cases, the parties **SHALL FILE** a short Joint Status Report every thirty days (starting from 26 August) detailing the status of including project labor agreements in the respective agencies' solicitations in all consolidated cases, with the first Joint Status Report due **on or before 26 September 2025**.

   **IT IS SO ORDERED.**

                      s/ Ryan T. Holte
                        RYAN T. HOLTE
                        Judge