# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Nos. 25-1101, 25-1189, 25-1276, |
| v. | ) 25-1277, 25-1278, 25-1333, |
| | ) 25-1425, 25-1426, 25-1427, |
| THE UNITED STATES, | ) 25-1475, 25-1496, 25-1538 |
| | ) (Judge Holte) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's August 27, 2025 order, the parties respectfully submit this short joint status report detailing the status of including project labor agreement (PLA) requirements in the respective agencies' solicitations in the consolidated cases.

On September 24, 2025, the Naval Facilities Engineering Systems Command (NAVFAC) amended the solicitation at issue in *EVCON-CWC JV, LLC v. United States*, No. 25-1101, and *Hensel Phelps Construction Co. v. United States*, No. 25-1189 to remove the PLA requirement from the "seed project." Under the solicitation, NAVFAC intends to award multiple indefinite-delivery, indefinity-quantity (IDIQ) construction contracts and intends to also award an initial task order under one of the IDIQ contracts for the P-691 design-bid-build project for an Aircraft Development and Maintenance Facility located at Naval Air Station, Patuxent River, Maryland (seed project). Although the seed project will no longer include a PLA requirement, the solicitation continues to include PLA requirements for the overarching IDIQ contracts, permitting NAVFAC to include PLA requirements in future task orders. Accordingly, plaintiffs, EVCON-CWC JV, LLC and Hensel Phelps Construction Co., do not intend to voluntarily dismiss their complaints in case numbers 25-1101 and 25-1189 at this time, and the Government does not intend to move to dismiss these cases at this time.

The other solicitations challenged in this consolidated action all still contain PLA requirements. Pursuant to the Court's August 27, 2025 order, the parties intend to file another short joint status report, on or before October 27, 2025, detailing the status of including PLA requirements in the respective agencies' solicitations in the consolidated cases.

                                                    Respectfully Submitted,

s/ Dirk Haire
Dirk Haire
Jessica Haire
P. Sean Milani-nia
Joseph L. Cohen
Michael W. Rich
David Timm
Michael J. Brewer
BURR & FORMAN LLP
99 M St SE, Suite 425
Washington, DC 20003
Phone: (771) 232-1701
dhaire@burr.com

Attorneys for EVCON-CWC JV, LLC, Cox Construction Co., Flatiron Dragados Constructors, Inc., and Garney Federal – Obayashi JV

Dated: September 26, 2025

s/ Jacob W. Scott
Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com

Attorneys for Hensel Phelps Construction Co. and Trade West Construction, Inc.

Dated: September 25, 2025

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director


s/ Douglas K. Mickle
DOUGLAS K. MICKLE
Acting Deputy Director


s/ William P. Rayel
WILLIAM P. RAYEL
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tele:  (202) 616-0302
Fax:   (202) 307-0972
E-mail: William.Rayel@usdoj.gov

Attorneys for Defendant

Dated: September 26, 2025

s/ Paige B. Spratt
Paige B. Spratt, WSBA #44428
700 Washington Street, Suite 701
Vancouver, WA 98660
Telephone: 360-694-7551
Email: pspratt@schwabe.com

Attorney for S.E.A. Construction, LLC

Dated: September 25, 2025