IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | Nos. 25-1101, 25-1189, 25-1276,<br>25-1277, 25-1278, 25-1333,<br>25-1425, 25-1426, 25-1427<br>(Judge Holte) |

**DEFENDANT'S UNOPPOSED MOTION TO STAY**

The United States of America hereby moves for a stay of the October 27, 2025 deadline to file a joint status report in the above-captioned consolidated cases. The Government has conferred in good faith with counsel for plaintiffs, who have indicated that plaintiffs do not oppose this motion.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

The Department of Justice therefore requests a stay of deadline for the joint status report until Congress has restored appropriations to the Department. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, deadline for the joint status report be

extended commensurate with the duration of the lapse in appropriations – *i.e.*, the deadline would be extended by the total number of days of the lapse in appropriations.

 Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of deadline for the October 27, 2025 joint status report in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

               Respectfully Submitted

               BRETT A. SHUMATE
               Assistant Attorney General

               PATRICIA M. MCCARTHY
               Director

Of Counsel:

MATTHEW D. LEWIS
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice

TARRAH M. BEAVIN
Assistant Division Counsel
South Atlantic Division
USACE

KYLE W. KROMBACH
Assistant Counsel
NAVFAC Washington

PETER TUNIS
Counsel
NAVFAC Northwest

s/ Douglas K. Mickle by Albert S. Iarossi
DOUGLAS K. MICKLE
Acting Deputy Director


s/ William P. Rayel
WILLIAM P. RAYEL
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480
Ben Franklin Station
Washington, DC 20044
Tele: (202) 616-0302
Fax: (202) 307-0972
E-mail: William.Rayel@usdoj.gov

Attorneys for Defendant

Dated: October 21, 2025