## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, | ) |
| | ) Nos. 25-1101, 25-1189, 25-1276, |
| Plaintiff, | ) 25-1277, 25-1278, 25-1333, |
| | ) 25-1425, 25-1426, 25-1427, |
| v. | ) 25-1496, 25-1538, 25-1636, |
| | ) 25-1640, 25-1789, 25-2015 |
| THE UNITED STATES, | ) (Judge Holte) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2025 order, the parties respectfully submit this short joint status report detailing the status of including project labor agreement (PLA) requirements in the respective agencies' solicitations in the consolidated cases.

As we reported in our previous status report, filed on September 26, 2025, the Naval Facilities Engineering Systems Command (NAVFAC) amended the solicitation at issue in *EVCON-CWC JV, LLC v. United States*, No. 25-1101, and *Hensel Phelps Construction Co. v. United States*, No. 25-1189, to remove the PLA requirement from the "seed project," but the solicitation continues to include PLA requirements for the overarching indefinite-delivery, indefinite quantity contracts, permitting NAVFAC to include PLA requirements in future task orders.

More recently, on December 15, 2025, the United States Army Corps of Engineers removed the PLA requirement from the solicitation at issue in *Trade West Construction, Inc. v. United States*, No. 25-1475, and *S.E.A. Construction, LLC v. United States*, No. 25-1496. Trade West Construction, Inc. voluntarily dismissed its protest on December 19, 2025. S.E.A. Construction, LLC intends to voluntarily dismiss its protest in the near future.

The other solicitations challenged in this consolidated action all still contain PLA requirements. The Government is still considering what action to take regarding the PLA requirements in the solicitations at issue in the remaining cases in light of the Court's December 16, 2025 opinion in *Brasfield & Gorrie, LLC v. United States*, No. 25-1140. Consistent with the representations in the parties' motions to consolidate and stay these cases, the Government will continue to voluntarily stay award (for negotiated procurements) or bid opening (for invitations for bids) until the parties file a joint status report addressing further proceedings in these cases, or until the protest challenging that solicitation is dismissed, whichever is earlier. Pursuant to the Court's December 15, 2025 order, the parties intend to file another joint status report, on or before January 21, 2026, detailing the status of including PLA requirements in the respective agencies' solicitations in the consolidated cases. In that status report, the parties also intend to address whether any further proceedings in these cases are appropriate at that time, in light of the Court's *Brasfield* opinion and any other developments, and the parties also intend to address the status of the Government's voluntary stays.

                                                            Respectfully Submitted,

| | |
|---|---|
| s/ Dirk Haire<br>Dirk Haire<br>Jessica Haire<br>P. Sean Milani-nia<br>Joseph L. Cohen<br>Michael W. Rich<br>David Timm<br>Michael J. Brewer<br>Isabella S. Capanna<br>BURR & FORMAN LLP<br>99 M St SE, Suite 425<br>Washington, DC 20003<br>Phone: (771) 232-1701<br>dhaire@burr.com<br><br>Attorneys for EVCON-CWC JV, LLC, Cox Construction Co., Flatiron Dragados Constructors, Inc., Garney Federal – Obayashi JV, KBE Building Corp., Orion Marine Construction, Inc., HSGS-Ameresco, LLC, Wendler, Inc.<br><br>Dated: December 19, 2025<br><br>s/ Jacob W. Scott<br>Jacob W. Scott<br>Allison G. Geewax<br>Mark Emilio S. Abrajano<br>1921 Gallows Road, Suite 850<br>Tysons, VA 22182<br>Telephone: (703) 506-1990<br>Facsimile: (703) 506-1140<br>Email: jwscott@smithcurrie.com<br>Email: aggeewax@smithcurrie.com<br>Email: msabrajano@smithcurrie.com<br><br>Attorneys for Hensel Phelps Construction Co.<br><br>Dated: December 20, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br><br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br><br>s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele:  (202) 616-0302<br>Fax:  (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov<br><br>Attorneys for Defendant<br><br>Dated: December 22, 2025 |

<u>s/ Paige B. Spratt</u>
Paige B. Spratt, WSBA #44428
700 Washington Street, Suite 701
Vancouver, WA 98660
Telephone: 360-694-7551
Email: pspratt@schwabe.com

Attorney for S.E.A. Construction, LLC

Dated: December 19, 2025

4