# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, | ) |
| | ) Nos. 25-1101, 25-1189, 25-1276, |
| Plaintiff, | ) 25-1277, 25-1278, 25-1333, |
| | ) 25-1425, 25-1426, 25-1427, |
| v. | ) 25-1538, 25-1636, 25-1640, |
| | ) 25-1789, 25-2015 |
| THE UNITED STATES, | ) (Judge Holte) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 22, 2025 order, the parties respectfully submit this short joint status report detailing the status of including project labor agreement (PLA) requirements in the respective agencies' solicitations in the consolidated cases.

As we previously reported, the Naval Facilities Engineering Systems Command (NAVFAC) amended the solicitation at issue in *EVCON-CWC JV, LLC v. United States*, No. 25-1101, and *Hensel Phelps Construction Co. v. United States*, No. 25-1189, to remove the PLA requirement from the "seed project," but the solicitation continues to include PLA requirements for the overarching indefinite-delivery, indefinite quantity contracts, permitting NAVFAC to include PLA requirements in future task orders.

The other solicitations challenged in this consolidated action (that have not been voluntarily dismissed) all still contain PLA requirements. Due to the number of procurements involved in this action, the number of stakeholders involved with the issues in the PLA cases, and the recent holidays, the Government is still considering what action to take regarding the PLA requirements in the solicitations at issue in the remaining cases in light of the Court's December 16, 2025 opinion in *Brasfield & Gorrie, LLC v. United States*, No. 25-1140.

Consistent with the representations in the parties' motions to consolidate and stay these cases, the Government will continue to voluntarily stay award (for negotiated procurements) or bid opening (for invitations for bids) until the parties file a joint status report addressing further proceedings in these cases, or until the protest challenging that solicitation is dismissed, whichever is earlier. Pursuant to the Court's December 15, 2025, and December 29, 2025 orders, the parties intend to file another joint status report, on or before January 21, 2026, detailing the status of including PLA requirements in the respective agencies' solicitations in the consolidated cases. In that status report, the parties also intend to address whether any further proceedings in these cases are appropriate at that time, in light of the Court's *Brasfield* opinion and any other developments, and the parties also intend to address the status of the Government's voluntary stays.

                                                                                               Respectfully Submitted,

| | |
|---|---|
| s/ Dirk Haire<br>Dirk Haire<br>Jessica Haire<br>P. Sean Milani-nia<br>Joseph L. Cohen<br>Michael W. Rich<br>David Timm<br>Michael J. Brewer<br>Isabella S. Capanna<br>BURR & FORMAN LLP<br>99 M St SE, Suite 425<br>Washington, DC 20003<br>Phone: (771) 232-1701<br>dhaire@burr.com<br><br>Attorneys for EVCON-CWC JV, LLC, Cox Construction Co., Flatiron Dragados Constructors, Inc., Garney Federal – Obayashi JV, KBE Building Corp., Orion Marine Construction, Inc., HSGS-Ameresco, LLC, Wendler, Inc.<br><br>Dated: January 6, 2026<br><br>s/ Jacob W. Scott<br>Jacob W. Scott<br>Allison G. Geewax<br>Mark Emilio S. Abrajano<br>1921 Gallows Road, Suite 850<br>Tysons, VA 22182<br>Telephone: (703) 506-1990<br>Facsimile: (703) 506-1140<br>Email: jwscott@smithcurrie.com<br>Email: aggeewax@smithcurrie.com<br>Email: msabrajano@smithcurrie.com<br><br>Attorneys for Hensel Phelps Construction Co.<br><br>Dated: January 6, 2026 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br><br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br><br>s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele:  (202) 616-0302<br>Fax:   (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov<br><br>Attorneys for Defendant<br><br>Dated: January 7, 2026 |