# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, | ) |
| | ) Nos. 25-1101, 25-1189, 25-1276, |
| Plaintiff, | ) 25-1277, 25-1278, 25-1333, |
| | ) 25-1425, 25-1426, 25-1427, |
| v. | ) 25-1538, 25-1636, 25-1640, |
| | ) 25-1789, 25-2015 |
| THE UNITED STATES, | ) (Judge Holte) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2025 order, the parties respectfully submit this short joint status report detailing the status of including project labor agreement (PLA) requirements in the respective agencies' solicitations in the consolidated cases.

As we previously reported, the Naval Facilities Engineering Systems Command (NAVFAC) amended the solicitation at issue in *EVCON-CWC JV, LLC v. United States*, No. 25-1101, and *Hensel Phelps Construction Co. v. United States*, No. 25-1189, to remove the PLA requirement from the "seed project," but the solicitation continues to include PLA requirements for the overarching indefinite-delivery, indefinite quantity contracts, permitting NAVFAC to include PLA requirements in future task orders.

The other solicitations challenged in this consolidated action (that have not been voluntarily dismissed) all still contain PLA requirements. In light of the Court's December 16, 2025 opinion in *Brasfield & Gorrie, LLC v. United States*, No. 25-1140, however, NAVFAC, the United States Army Corps of Engineers, and the General Services Administration intend to issue new determinations regarding whether to include PLA requirements in the solicitations at issue in this case. Accordingly, the parties respectfully request that the Court continue the stay in this case.

Consistent with the representations in the parties' motions to consolidate and stay these cases, the Government will continue to voluntarily stay award (for negotiated procurements) or bid opening (for invitations for bids) until the parties file a joint status report addressing further proceedings in these cases (*i.e.*, substantive briefing), or until the protest challenging that solicitation is dismissed, whichever is earlier.  Pursuant to the Court's December 15, 2025 order, the parties intend to file another joint status report, on or before February 20, 2026, detailing the status of including PLA requirements in the respective agencies' solicitations in the consolidated cases.  In that status report, the parties also intend to address whether any further proceedings in these cases are appropriate at that time, as well as the status of the Government's voluntary stays.  The parties anticipate that the Government will be able to provide the Court with more substantive information regarding the status of PLA requirements in at least most of the pending consolidated cases by February 20, 2026.  Plaintiffs' position is that it is willing to agree to give the Government until this date to provide direction on the resolution on most if not all of the remaining pending protests, but that further delay beyond this date may result in Plaintiffs requesting removal of the stays to pursue the protests further.

Respectfully Submitted,

| | |
|---|---|
| s/ Dirk Haire<br>Dirk Haire<br>Jessica Haire<br>P. Sean Milani-nia<br>Joseph L. Cohen<br>Michael W. Rich<br>David Timm<br>Michael J. Brewer<br>Isabella S. Capanna<br>BURR & FORMAN LLP<br>99 M St SE, Suite 425<br>Washington, DC 20003<br>Phone: (771) 232-1701<br>dhaire@burr.com<br><br>Attorneys for EVCON-CWC JV, LLC, Cox Construction Co., Flatiron Dragados Constructors, Inc., Garney Federal – Obayashi JV, KBE Building Corp., Orion Marine Construction, Inc., HSGS-Ameresco, LLC, Wendler, Inc.<br><br>Dated: January 21, 2026<br><br>s/ Jacob W. Scott<br>Jacob W. Scott<br>Allison G. Geewax<br>Mark Emilio S. Abrajano<br>1921 Gallows Road, Suite 850<br>Tysons, VA 22182<br>Telephone: (703) 506-1990<br>Facsimile: (703) 506-1140<br>Email: jwscott@smithcurrie.com<br>Email: aggeewax@smithcurrie.com<br>Email: msabrajano@smithcurrie.com<br><br>Attorneys for Hensel Phelps Construction Co.<br><br>Dated: January 21, 2026 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br><br>DOUGLAS K. MICKLE<br>Acting Deputy Director<br><br><br>s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele:  (202) 616-0302<br>Fax:   (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov<br><br>Attorneys for Defendant<br><br>Dated: January 21, 2026 |