IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Bid Protest

| | |
|---|---|
| EVCON-CWC JC, LLC, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | Nos. 25-1101, 25-1189, 25-1276,<br>25-1277, 25-1278, 25-1333,<br>25-1425, 25-1426, 25-1427,<br>25-1538, 25-1636, 25-1640,<br>25-1789, 25-2015<br>(Judge Holte) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MEMBER CASE NO. 25-1425

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, Plaintiff, Hensel Phelps Construction Co., through its undersigned counsel, hereby submits this Notice of Voluntary Dismissal Without Prejudice of Member Case No. 25-1425, consolidated with the above-captioned case on August 27, 2025. Dkt No. 12.

Dated: February 4, 2026.

Respectfully submitted,

**SMITH CURRIE OLES LLP**

Jacob W. Scott
Allison G. Geewax
Mark Emilio S. Abrajano
1921 Gallows Road, Suite 850
Tysons, VA 22182
Telephone: (703) 506-1990
Facsimile: (703) 506-1140
Email: jwscott@smithcurrie.com
Email: aggeewax@smithcurrie.com
Email: msabrajano@smithcurrie.com
*Counsel for Hensel Phelps Construction Co.*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on February 4, 2026, a copy of the notice was served upon all parties via the Court's electronic case filing system.

_____
Jacob W. Scott