# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### (Bid Protest)

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant.* | Case Nos. 25-1101, 25-1189, 25-1276, 25-1277, 25-1278, 25-1333, 25-1426, 25-1538, 25-1636, 25-1640, 25-1789, 25-2015 <br><br> Judge: Ryan T. Holte |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MEMBER CASE NO. 25-1333

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, Flatiron Dragados Constructors, Inc., through undersigned counsel, hereby submits this Notice of Voluntary Dismissal Without Prejudice of consolidated Case No. 25-1333.

Dated: February 10, 2026

Respectfully submitted,

/s/ Dirk Haire

Dirk Haire
Jessica Haire
P. Sean Milani-nia
Joseph L. Cohen
Michael W. Rich
David Timm
Michael J. Brewer
Isabella S. Capanna
**BURR & FORMAN LLP**
99 M St SE, Suite 425

Washington, DC 20003
Phone: (771) 232-1701
dhaire@burr.com
*Attorneys for Flatiron Dragados*
*Constructors Inc.*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### (Bid Protest)

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant*. | Case Nos. 25-1101, 25-1189, 25-1276, 25-1277, 25-1278, 25-1333, 25-1426, 25-1538, 25-1636, 25-1640, 25-1789, 25-2015 <br><br> Judge: Ryan T. Holte |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed via the U.S. Court of Federal Claims ECF system this 10th day of February 2026.

Dated: February 10, 2026

Respectfully submitted,

/s/ Dirk Haire

Dirk Haire
Jessica Haire
P. Sean Milani-nia
Joseph L. Cohen
Michael W. Rich
David Timm
Michael J. Brewer
Isabella S. Capanna
**BURR & FORMAN LLP**
99 M St SE, Suite 425
Washington, DC 20003
Phone: (771) 232-1701
dhaire@burr.com

3

*Attorneys for Flatiron Dragados Constructors Inc.*

4