## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Nos. 25-1101, 25-1189, 25-1278, |
| v. ) | 25-1538, 25-1636 |
| ) | (Judge Holte) |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's December 15, 2025 order, the parties respectfully submit this short joint status report detailing the status of including project labor agreement (PLA) requirements in the respective agencies' solicitations in the remaining consolidated cases.

The Naval Facilities Engineering Systems Command (NAVFAC) has amended the solicitations at issue in *EVCON-CWC JV, LLC v. United States*, No. 25-1101, *Hensel Phelps Construction Co. v. United States*, No. 25-1189, and *Garney Federal – Obayashi JV v. United States*, No. 25-1538, to remove the PLA requirements from the solicitations. Counsel for plaintiffs in these cases anticipate voluntarily dismissing these protests shortly.

Also, the United States Army Corps of Engineers has amended the solicitation at issue in *Cox Construction Co. v. United States*, No. 25-1278, to remove the PLA requirement from the solicitation. Counsel for Cox Construction Co. (Cox) has notified Cox of this amendment and is awaiting Cox's determination of whether to voluntarily dismiss its protest.

Finally, the construction project at issue in *KBE Building Corp. v. United States*, No. 25-1636, remains subject to a PLA requirement. Pursuant to 41 U.S.C. § 3304(a)(7), the Administrator of the General Services Administration has determined that a PLA is necessary in the public interest for the construction project at issue in *KBE*.

Consistent with the representations in the parties' motions to consolidate and stay these cases, the Government will continue to voluntarily stay award in these cases until the parties file a joint status report addressing further proceedings in these cases (*i.e.*, substantive briefing), or until the protest challenging that solicitation is dismissed, whichever is earlier. The parties respectfully propose that the Court require the parties to file a joint status report on or before March 6, 2026, setting forth a proposed schedule for any further proceedings in any remaining protests in this consolidated action.

                                                               Respectfully Submitted,

| | |
|---|---|
| s/ Michael J. Brewer<br>Dirk Haire<br>Jessica Haire<br>P. Sean Milani-nia<br>Joseph L. Cohen<br>Michael W. Rich<br>David Timm<br>Michael J. Brewer<br>Isabella S. Capanna<br>BURR & FORMAN LLP<br>99 M St SE, Suite 425<br>Washington, DC 20003<br>Phone: (771) 232-1701<br>dhaire@burr.com<br><br>Attorneys for EVCON-CWC JV, LLC, Cox Construction Co., Garney Federal – Obayashi JV, KBE Building Corp.,<br><br>Dated: February 20, 2026<br><br>s/ Jacob W. Scott<br>Jacob W. Scott<br>Allison G. Geewax<br>Mark Emilio S. Abrajano<br>1921 Gallows Road, Suite 850<br>Tysons, VA 22182<br>Telephone: (703) 506-1990<br>Facsimile: (703) 506-1140<br>Email: jwscott@smithcurrie.com<br>Email: aggeewax@smithcurrie.com<br>Email: msabrajano@smithcurrie.com<br><br>Attorneys for Hensel Phelps Construction Co.<br><br>Dated: February 20, 2026 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. MCCARTHY<br>Director<br><br><br>CORINNE A. NIOSI<br>Assistant Director<br><br><br>s/ William P. Rayel<br>WILLIAM P. RAYEL<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Tele:  (202) 616-0302<br>Fax:   (202) 307-0972<br>E-mail: William.Rayel@usdoj.gov<br><br>Attorneys for Defendant<br><br>Dated: February 20, 2026 |