**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Bid Protest**

| | |
|---|---|
| EVCON-CWC JC, LLC, *et al.*, | Nos. 25-1101, 25-1189, 25-1276, 25-1277, 25-1278, 25-1426, 25-1538, 25-1636, 25-2015 |
|     Plaintiff, | |
| v. | (Judge Holte) |
| THE UNITED STATES, | |
|     Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MEMBER CASE NO. 25-1189

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims,

Plaintiff, Hensel Phelps Construction Co., through its undersigned counsel, hereby submits this

Notice of Voluntary Dismissal Without Prejudice of Member Case No. 25-1189, consolidated

with the above-captioned case on August 27, 2025. Dkt No. 12.

Dated: February 23, 2026

                              Respectfully submitted,

                              **SMITH CURRIE OLES LLP**

                              Jacob W. Scott
                              Allison G. Geewax
                              Mark Emilio S. Abrajano
                              1921 Gallows Road, Suite 850
                              Tysons, VA 22182
                              Telephone: (703) 506-1990
                              Facsimile: (703) 506-1140
                              Email: jwscott@smithcurrie.com
                              Email: aggeewax@smithcurrie.com
                              Email: msabrajano@smithcurrie.com
                              *Counsel for Hensel Phelps Construction Co.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2026, a copy of the notice was served upon all parties via the Court's electronic case filing system.

_____
Jacob W. Scott