# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### (Bid Protest)

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE UNITED STATES,<br><br>    *Defendant*. | Case Nos. 25-1101, 25-1538, 25-1636<br><br>Judge: Ryan T. Holte |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF MEMBER CASE NO. 25-1538

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, Garney Federal-Obayashi JV, through undersigned counsel, hereby submits this Notice of Voluntary Dismissal Without Prejudice of consolidated Case No. 25-1538.

Dated: February 24, 2026         Respectfully submitted,

/s/ Dirk Haire

Dirk Haire
Jessica Haire
P. Sean Milani-nia
Joseph L. Cohen
Michael W. Rich
David Timm
Michael J. Brewer
Isabella S. Capanna
**BURR & FORMAN LLP**
99 M St SE, Suite 425
Washington, DC 20003

Phone: (771) 232-1701
dhaire@burr.com
*Attorneys for Garney Federal-Obayashi JV*

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### (Bid Protest)

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Case Nos. 25-1101, 25-1538, 25-1636<br><br>Judge: Ryan T. Holte |

### **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed via the U.S. Court of Federal Claims ECF system this 24th day of February 2026.

Dated: February 24, 2026　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Dirk Haire

　　　　　　　　　　　　　　　　　　Dirk Haire
　　　　　　　　　　　　　　　　　　Jessica Haire
　　　　　　　　　　　　　　　　　　P. Sean Milani-nia
　　　　　　　　　　　　　　　　　　Joseph L. Cohen
　　　　　　　　　　　　　　　　　　Michael W. Rich
　　　　　　　　　　　　　　　　　　David Timm
　　　　　　　　　　　　　　　　　　Michael J. Brewer
　　　　　　　　　　　　　　　　　　Isabella S. Capanna
　　　　　　　　　　　　　　　　　　**BURR & FORMAN LLP**
　　　　　　　　　　　　　　　　　　99 M St SE, Suite 425
　　　　　　　　　　　　　　　　　　Washington, DC 20003
　　　　　　　　　　　　　　　　　　Phone: (771) 232-1701
　　　　　　　　　　　　　　　　　　dhaire@burr.com

*Attorneys for Garney Federal-Obayashi JV*