# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (Bid Protest)

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant.* | Case Nos. 25-1101, 25-1636<br><br>Judge: Ryan T. Holte |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CASE NO. 25-1101

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims, EVCON-CWC JV LLC, through undersigned counsel, hereby submits this Notice of Voluntary Dismissal Without Prejudice of consolidated Case No. 25-1101.

Dated: March 4, 2026

Respectfully submitted,

/s/ Dirk Haire

Dirk Haire
Jessica Haire
P. Sean Milani-nia
Joseph L. Cohen
Michael W. Rich
David Timm
Michael J. Brewer
Isabella S. Capanna
**BURR & FORMAN LLP**
99 M St SE, Suite 425
Washington, DC 20003

Phone: (771) 232-1701
dhaire@burr.com
*Attorneys for EVCON-CWC JV LLC*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## (Bid Protest)

| | |
|---|---|
| EVCON-CWC JV, LLC, *et al.*, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES, <br><br> *Defendant.* | Case Nos. 25-1101, 25-1636 <br><br> Judge: Ryan T. Holte |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal Without Prejudice was filed via the U.S. Court of Federal Claims ECF system this 4th day of March 2026.

Dated: March 4, 2026

Respectfully submitted,

/s/ Dirk Haire

Dirk Haire
Jessica Haire
P. Sean Milani-nia
Joseph L. Cohen
Michael W. Rich
David Timm
Michael J. Brewer
Isabella S. Capanna
**BURR & FORMAN LLP**
99 M St SE, Suite 425
Washington, DC 20003
Phone: (771) 232-1701
dhaire@burr.com
*Attorneys for EVCON-CWC JV LLC*